Greetings

I recently sent a Mandamus to attached to the Case #: 1:20-CV 2144 WMR but iyt crossed in the email. I see you dismissed that case. Please accept this mandamus.

Thanks
ronald anthony hatcher

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 31 2020
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

1:20-CV-3209