UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ronald Anthony Hatcher, other, <br> Aaron Christian Hatcher, <br><br>   Plaintiff, <br><br> vs. <br><br> Melanie Pickens, et al, <br><br>   Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-3209-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the Magistrate Judge's final report and recommendation, and having adopted said report, it is

**Ordered and Adjudged** that the action be **DISMISSED** for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 24th day of February, 2021.

                                         JAMES N. HATTEN
                                         CLERK OF COURT


                                  By:   s/ B Hambert
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 24, 2021
James N. Hatten
Clerk of Court

By:   s/ B Hambert
        Deputy Clerk